```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 40003
   JIM TABER
   PAM TABER                                  CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-8500    SSN XXX-XX-2711

-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 10/28/2004 and was confirmed 02/16/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 12/09/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
-----------------------------------------------------------------------
CHRYSLER FINANCIAL SVC A  SECURED          4223.27        121.42       4223.27
UNION PLANTERS BANK       CURRENT MORTG        .00           .00           .00
LVNV FUNDING LLC          UNSECURED        9996.03           .00       9996.03
ECAST SETTLEMENT CORP     UNSECURED        5943.79           .00       5943.79
ECAST SETTLEMENT CORP     UNSECURED        7692.21           .00       7692.21
ECAST SETTLEMENT CORP     UNSECURED        7192.89           .00       7192.89
ROUNDUP FUNDING LLC       UNSECURED       13016.60           .00      13016.60
DISCOVER FINANCIAL SERVI  UNSECURED        7896.82           .00       7896.82
FIRST NORTH AMERICAN NAT  UNSECURED       NOT FILED         .00           .00
ECMC                      UNSECURED        1007.50           .00       1007.50
PORTFOLIO RECOVERY ASSOC  UNSECURED       17826.60           .00      17826.60
RESURGENT ACQUISITION LL  UNSECURED        3987.79           .00       3987.79
RESURGENT ACQUISITION LL  UNSECURED        6671.13           .00       6671.13
US DEPART OF EDUCATION    UNSECURED       NOT FILED         .00           .00
ECAST SETTLEMENT CORP     UNSECURED        1269.63           .00       1269.63
ECAST SETTLEMENT CORP     UNSECURED            .00           .00           .00
LEGAL HELPERS PC          DEBTOR ATTY     1,400.00                    1,400.00
TOM VAUGHN                TRUSTEE                                     5,462.43
DEBTOR REFUND             REFUND                                         30.52

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE             93,738.63

PRIORITY                                     .00
SECURED                                 4,223.27
    INTEREST                              121.42
UNSECURED                              82,500.99
ADMINISTRATIVE                          1,400.00
TRUSTEE COMPENSATION                    5,462.43

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 40003 JIM TABER & PAM TABER
```

```
DEBTOR REFUND                                                  30.52
                                      ---------------    ---------------
TOTALS                                      93,738.63          93,738.63
```

　　Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/05/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE